UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TONY GARMANY,**

       **Plaintiff,**

**v.**                                      **Case No:  6:18-cv-98-Orl-28KRS**

**NATIONAL CREDIT ADJUSTERS,
L.L.C.,**

       **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NATIONAL CREDIT ADJUSTERS, L.L.C.** in Orlando, Florida on the 28th day of February, 2018.

ELIZABETH M. WARREN, CLERK

s/S. Manuel, Deputy Clerk

Copies furnished to:

Counsel of Record