UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TONY GARMANY,

   Plaintiff,

CASE NO.: 6:18-CV-00098-JA-KRS

-vs-

NATIONAL CREDIT ADJUSTERS, L.L.C.,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Tony Garmany, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 4th day of May, 2018, via electronic mail to all counsel of record.

                                          /s/Frank H. Kerney, III, Esquire
                                          Frank H. Kerney, III, Esquire
                                          Florida Bar #: 88672
                                          Morgan & Morgan, Tampa, P.A.
                                          One Tampa City Center
                                          201 North Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Telephone: (813) 223-5505
                                          Facsimile:  (813) 223-5402
                                          fkerney@forthepeople.com
                                          jkneeland@forthepeople.com
                                          snazario@forthepeople.com
                                          *Counsel for Plaintiff*